UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| TOSHIF PATEL, Individually and on Behalf of All Others Similarly Situated, | § § § § § § § § § § § § | Civil Action No. 4:20-cv-00796-SDJ |
| | | CLASS ACTION |
| Plaintiff, | | |
| vs. | | |
| REATA PHARMACEUTICALS, INC., et al., | | |
| Defendants. | | |

**DECLARATION OF TRICIA L. MCCORMICK IN SUPPORT OF PROPOSED LEAD PLAINTIFF WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM'S RESPONSE IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS**

4850-3406-7413.v1

I, Tricia L. McCormick, declare, under penalty of perjury:

I am an attorney duly licensed to practice before all of the courts of the State of California. I am Special Counsel with Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff Waterford Township General Employees Retirement System (the "Retirement System") in the above-captioned action. I make this declaration in support of the Retirement System's Response in Opposition to Competing Lead Plaintiff Motions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit 1:    Data obtained on December 22, 2020 from Bloomberg showing the reported trading volume/dates/prices of the following options: RETA US 2/19/2021 C200 Equity; RETA US 8/21/2020 C155 Equity; RETA US 8/21/2020 C160 Equity; RETA US 8/21/2020 C180 Equity; RETA US 7/17/2020 C135 Equity; RETA US 7/17/2020 C180 Equity; RETA US 5/15/2020 C160 Equity; RETA US 9/18/2020 C200 Equity; RETA US 11/20/2020 C160 Equity; and RETA US 11/20/2020 C180 Equity; and

Exhibit 2:    *Borteanu v. Nikola Corp.*, No. 2:20-cv-01719-SPL, Memorandum of Law in Opposition to Competing Lead Plaintiff Motions (D. Ariz. Nov. 30, 2020).

I declare under penalty of perjury under the laws that the foregoing is true and correct. Executed this 28th day of December, 2020, at San Diego, California.

s/ Tricia L. McCormick
TRICIA L. McCORMICK

- 1 -

4850-3406-7413.v1