# EXHIBIT 1

RETA US 2/19/2021 C200 Equity

| Date | Px Last | Px High | Px Low | Px Volume |
|---|---|---|---|---|
| 6/23/2020 | 37.8 | 37.8 | 37.8 | 1 |
| 7/17/2020 | 23.53 | 23.53 | 23.53 | 1 |
| 7/27/2020 | 23.2 | 23.2 | 22 | 100 |
| 7/29/2020 | 22 | 22 | 21.5 | 100 |
| 8/12/2020 | 5.7 | 5.7 | 5.7 | 10 |
| 8/17/2020 | 6.03 | 6.03 | 6.03 | 8 |
| 8/28/2020 | 5 | 5 | 5 | 1 |
| 9/4/2020 | 4.91 | 4.91 | 4.91 | 30 |
| 9/9/2020 | 5.5 | 5.5 | 5.5 | 1 |
| 9/14/2020 | 5.62 | 5.71 | 5.62 | 6 |
| 9/16/2020 | 6.3 | 6.3 | 6.2 | 2 |
| 9/18/2020 | 6.5 | 6.5 | 6.5 | 2 |
| 9/22/2020 | 6 | 6 | 6 | 4 |
| 9/28/2020 | 5 | 5 | 5 | 30 |
| 10/6/2020 | 7 | 7 | 7 | 10 |
| 11/9/2020 | 16.5 | 16.5 | 13.5 | 22 |
| 11/10/2020 | 21.1 | 21.1 | 21.1 | 1 |

RETA US 8/21/2020 C155 Equity

| Date | Px Last | Px High | Px Low | Px Volume |
|---|---|---|---|---|
| 4/16/2020 | 20.4 | 20.4 | 20.4 | 10 |
| 5/13/2020 | 24.6 | 24.6 | 24.6 | 1 |
| 5/15/2020 | 21 | 21 | 21 | 2 |
| 5/28/2020 | 17.4 | 17.4 | 17.1 | 100 |
| 6/3/2020 | 10.58 | 10.58 | 10.58 | 2 |
| 6/8/2020 | 12 | 12.8 | 12 | 11 |
| 6/11/2020 | 27.66 | 27.66 | 27.66 | 2 |
| 6/12/2020 | 24.3 | 24.3 | 24.3 | 3 |
| 6/16/2020 | 25 | 25 | 25 | 100 |
| 7/16/2020 | 14.1 | 14.1 | 14.1 | 1 |
| 7/17/2020 | 17.78 | 17.78 | 17.78 | 1 |
| 7/23/2020 | 14 | 14 | 14 | 1 |
| 7/28/2020 | 11.92 | 11.92 | 11.92 | 10 |
| 7/29/2020 | 11.61 | 11.61 | 11.61 | 10 |
| 8/4/2020 | 7.8 | 7.8 | 7.8 | 3 |
| 8/5/2020 | 7.1 | 7.1 | 7.1 | 1 |
| 8/7/2020 | 8.75 | 9.58 | 7.5 | 22 |
| 8/10/2020 | 0.07 | 0.1 | 0.05 | 11 |
| 8/13/2020 | 0.1 | 0.1 | 0.1 | 10 |
| 8/18/2020 | 0.26 | 0.26 | 0.26 | 10 |

RETA US 8/21/2020 C160 Equity

| Date | Px Last | Px High | Px Low | Px Volume |
|---|---|---|---|---|
| 2/20/2020 | 75.62 | 75.62 | 75.62 | 2 |
| 3/9/2020 | 43.8 | 43.8 | 43.8 | 1 |
| 3/17/2020 | 23.78 | 24 | 23.78 | 4 |
| 3/19/2020 | 20 | 20 | 20 | 1 |
| 3/20/2020 | 20 | 20 | 20 | 2 |
| 3/24/2020 | 28 | 28 | 21 | 34 |
| 3/27/2020 | 26 | 26 | 25 | 4 |
| 3/31/2020 | 25 | 25 | 25 | 2 |
| 4/2/2020 | 15.5 | 15.5 | 15.5 | 3 |
| 4/14/2020 | 18 | 18 | 18 | 1 |
| 4/15/2020 | 16 | 16 | 16 | 1 |
| 4/17/2020 | 19.5 | 19.5 | 19.5 | 100 |
| 4/27/2020 | 30.2 | 30.2 | 30.2 | 1 |
| 5/8/2020 | 23.7 | 23.7 | 23.5 | 101 |
| 5/29/2020 | 11.1 | 11.1 | 11.1 | 2 |
| 6/4/2020 | 8.2 | 8.2 | 8.2 | 1 |
| 6/8/2020 | 11.5 | 11.5 | 10.9 | 140 |
| 6/11/2020 | 25.2 | 25.2 | 22.3 | 2 |
| 6/23/2020 | 32.4 | 32.4 | 32.4 | 1 |
| 6/24/2020 | 22.35 | 25.21 | 22.35 | 5 |
| 7/2/2020 | 14.84 | 14.84 | 14.84 | 3 |
| 7/6/2020 | 18.2 | 18.2 | 18.2 | 10 |
| 7/9/2020 | 15.55 | 15.55 | 15.55 | 2 |
| 7/14/2020 | 12.1 | 12.1 | 12.1 | 1 |
| 7/17/2020 | 14.4 | 14.4 | 14.4 | 10 |
| 7/20/2020 | 15.28 | 17.9 | 15.28 | 2 |
| 7/23/2020 | 13 | 16 | 13 | 8 |
| 7/28/2020 | 9.72 | 9.72 | 9.72 | 10 |
| 7/31/2020 | 6 | 6.5 | 6 | 3 |
| 8/4/2020 | 5.6 | 6.5 | 5.6 | 13 |
| 8/10/2020 | 0.05 | 0.05 | 0.05 | 58 |
| 8/18/2020 | 0.23 | 0.23 | 0.23 | 10 |

RETA US 8/21/2020 C180 Equity

| Date | Px Last | Px High | Px Low | Px Volume |
|---|---|---|---|---|
| 12/26/2019 | 64.93 | 64.93 | 64.93 | 10 |
| 3/26/2020 | 22.5 | 22.5 | 22.5 | 1 |
| 4/9/2020 | 12.8 | 12.8 | 12.8 | 50 |
| 4/21/2020 | 12 | 12 | 12 | 1 |
| 4/29/2020 | 20.5 | 20.5 | 20.5 | 1 |
| 5/1/2020 | 9.2 | 9.2 | 9.2 | 1 |
| 5/21/2020 | 12.1 | 12.1 | 12.1 | 1 |
| 5/22/2020 | 13.6 | 13.6 | 13.6 | 3 |
| 6/1/2020 | 7.1 | 7.1 | 7.1 | 1 |
| 6/8/2020 | 6 | 6 | 6 | 10 |
| 6/11/2020 | 20 | 20 | 16.2 | 16 |
| 6/16/2020 | 14.96 | 14.96 | 14.96 | 1 |
| 6/18/2020 | 11.85 | 13 | 11.72 | 19 |
| 6/19/2020 | 21.1 | 21.1 | 16.6 | 2 |
| 6/22/2020 | 21.1 | 21.1 | 21.1 | 3 |
| 6/23/2020 | 21.3 | 21.3 | 21.3 | 1 |
| 6/24/2020 | 14.74 | 14.74 | 14.74 | 1 |
| 7/2/2020 | 8.1 | 8.1 | 8.1 | 10 |
| 7/17/2020 | 6.2 | 6.2 | 6.2 | 45 |
| 7/20/2020 | 7.31 | 8 | 6.5 | 85 |
| 7/21/2020 | 7.1 | 7.1 | 7.1 | 10 |
| 7/22/2020 | 5.8 | 5.8 | 5.8 | 1 |
| 7/27/2020 | 4 | 4 | 4 | 2 |
| 7/30/2020 | 3 | 3 | 3 | 4 |
| 8/7/2020 | 2.25 | 2.5 | 2.18 | 7 |
| 8/10/2020 | 0.3 | 1 | 0.05 | 76 |
| 8/11/2020 | 0.88 | 0.88 | 0.5 | 7 |
| 8/13/2020 | 0.05 | 0.05 | 0.05 | 1 |

RETA US 7/17/2020 C135 Equity

| Date | Px Last | Px High | Px Low | Px Volume |
|---|---|---|---|---|
| 6/3/2020 | 13.5 | 13.5 | 12.5 | 193 |
| 6/4/2020 | 11.7 | 11.7 | 11.7 | 1 |
| 6/5/2020 | 11.7 | 11.7 | 9.6 | 4 |
| 6/8/2020 | 13 | 13 | 10.6 | 5 |
| 6/9/2020 | 14.9 | 14.9 | 14.9 | 3 |
| 6/10/2020 | 10.1 | 10.1 | 10.1 | 5 |
| 6/11/2020 | 31 | 36 | 31 | 16 |
| 6/12/2020 | 30 | 30 | 30 | 188 |
| 7/7/2020 | 25.6 | 25.6 | 25.43 | 6 |

RETA US 7/17/2020 C180 Equity

| Date | Px Last | Px High | Px Low | Px Volume |
|---|---|---|---|---|
| 6/11/2020 | 10.6 | 11.81 | 7.7 | 29 |
| 6/12/2020 | 7.8 | 12 | 7.1 | 10 |
| 6/16/2020 | 8.3 | 8.3 | 7.29 | 3 |
| 6/17/2020 | 7 | 8.5 | 7 | 152 |
| 6/19/2020 | 12.52 | 12.8 | 6.7 | 165 |
| 6/22/2020 | 12.68 | 12.68 | 8 | 10 |
| 6/23/2020 | 10 | 14 | 9.52 | 150 |
| 6/24/2020 | 7.31 | 8.04 | 7.31 | 6 |
| 6/26/2020 | 5 | 5 | 5 | 1 |
| 6/29/2020 | 3 | 3 | 2.4 | 7 |
| 7/2/2020 | 2.4 | 2.4 | 2.4 | 2 |
| 7/6/2020 | 2.65 | 3 | 2.65 | 8 |
| 7/7/2020 | 1.92 | 1.92 | 1.8 | 3 |
| 7/8/2020 | 1.07 | 1.07 | 1.07 | 1 |
| 7/10/2020 | 1.1 | 1.1 | 1 | 3 |
| 7/13/2020 | 0.59 | 0.8 | 0.59 | 4 |
| 7/14/2020 | 0.13 | 0.13 | 0.13 | 1 |
| 7/17/2020 | 0.05 | 0.05 | 0.05 | 2 |

RETA US 5/15/2020 C160 Equity

| Date | Px Last | Px High | Px Low | Px Volume |
|---|---|---|---|---|
| 12/18/2019 | 67.63 | 67.63 | 67.63 | 4 |
| 1/15/2020 | 60.6 | 60.6 | 60.6 | 1 |
| 2/4/2020 | 91.37 | 91.37 | 91.37 | 2 |
| 2/5/2020 | 84.71 | 84.71 | 84.71 | 1 |
| 3/12/2020 | 12.2 | 12.2 | 12.2 | 1 |
| 3/25/2020 | 15.95 | 15.95 | 15.95 | 2 |
| 3/30/2020 | 22.92 | 22.92 | 19.9 | 3 |
| 3/31/2020 | 11.5 | 12.4 | 11.5 | 9 |
| 4/1/2020 | 6.35 | 6.35 | 6.35 | 2 |
| 4/6/2020 | 4.7 | 4.7 | 4.7 | 1 |
| 4/7/2020 | 7.5 | 7.5 | 7.5 | 1 |
| 4/8/2020 | 3.9 | 3.9 | 3.9 | 1 |
| 4/17/2020 | 6.57 | 6.57 | 6.2 | 21 |
| 4/20/2020 | 12.74 | 13.2 | 7 | 9 |
| 4/21/2020 | 5 | 6.8 | 5 | 3 |
| 4/24/2020 | 8 | 8.3 | 7 | 9 |
| 4/27/2020 | 13.82 | 13.82 | 13.82 | 1 |
| 4/28/2020 | 12.8 | 14.05 | 12.8 | 2 |
| 4/29/2020 | 12.6 | 12.6 | 12.6 | 1 |
| 4/30/2020 | 7.9 | 8.89 | 7.5 | 17 |
| 5/1/2020 | 3.5 | 4.5 | 3.5 | 4 |
| 5/4/2020 | 3.9 | 3.9 | 3.9 | 1 |
| 5/5/2020 | 6 | 7.67 | 4.9 | 19 |
| 5/6/2020 | 7.9 | 7.92 | 7.6 | 25 |
| 5/11/2020 | 9.5 | 9.5 | 6.9 | 20 |
| 5/12/2020 | 12.96 | 12.96 | 12.96 | 1 |
| 5/13/2020 | 2 | 2 | 2 | 3 |
| 5/14/2020 | 0.6 | 0.6 | 0.6 | 3 |

RETA US 9/18/2020 C200 Equity

| Date | Px Last | Px High | Px Low | Px Volume |
|---|---|---|---|---|
| 7/20/2020 | 6.9 | 7.6 | 6.9 | 75 |
| 7/23/2020 | 6.53 | 6.53 | 6.53 | 100 |
| 8/6/2020 | 2.5 | 2.5 | 2.5 | 2 |
| 8/7/2020 | 2.9 | 2.9 | 2.9 | 2 |

RETA US 11/20/2020 C160 Equity

| Date | Px Last | Px High | Px Low | Px Volume |
|---|---|---|---|---|
| 4/14/2020 | 28 | 28 | 28 | 1 |
| 4/20/2020 | 35 | 35 | 35 | 1 |
| 4/30/2020 | 34 | 34 | 34 | 100 |
| 5/15/2020 | 30 | 30 | 29.8 | 100 |
| 5/26/2020 | 33 | 33 | 33 | 100 |
| 5/28/2020 | 25.7 | 25.7 | 25.5 | 100 |
| 6/3/2020 | 18 | 18 | 18 | 1 |
| 6/11/2020 | 35.96 | 35.96 | 35.96 | 3 |
| 6/12/2020 | 33.5 | 33.5 | 33 | 100 |
| 6/15/2020 | 35 | 35 | 35 | 1 |
| 6/16/2020 | 35 | 35 | 34.8 | 100 |
| 6/22/2020 | 42.4 | 42.4 | 42.4 | 3 |
| 7/17/2020 | 29.5 | 29.5 | 29.5 | 8 |
| 7/23/2020 | 26.7 | 26.75 | 26.7 | 20 |
| 7/28/2020 | 28.1 | 28.1 | 28.1 | 1 |
| 8/11/2020 | 4.6 | 4.6 | 4.6 | 1 |
| 8/12/2020 | 4.72 | 4.8 | 4.5 | 50 |
| 8/18/2020 | 3.1 | 3.1 | 3.1 | 1 |
| 8/20/2020 | 3.53 | 3.6 | 3.5 | 50 |
| 8/26/2020 | 2.4 | 3.3 | 2.4 | 2 |
| 8/28/2020 | 5.07 | 5.07 | 5.07 | 1 |
| 9/3/2020 | 5.4 | 5.4 | 5.4 | 2 |
| 9/9/2020 | 5.51 | 5.51 | 5.51 | 1 |
| 10/2/2020 | 5.96 | 5.96 | 5.96 | 1 |
| 10/6/2020 | 8.14 | 8.14 | 8.14 | 1 |
| 10/16/2020 | 5.5 | 6.2 | 5 | 401 |
| 10/23/2020 | 4.5 | 4.5 | 4.5 | 1 |
| 10/30/2020 | 3.6 | 3.6 | 3.6 | 2 |
| 11/3/2020 | 4 | 4 | 4 | 87 |
| 11/4/2020 | 6.71 | 6.71 | 6.71 | 1 |
| 11/5/2020 | 6 | 6.5 | 6 | 4 |
| 11/6/2020 | 9 | 9 | 6.5 | 27 |
| 11/9/2020 | 18 | 18 | 14 | 8 |
| 11/10/2020 | 27 | 27.5 | 20 | 13 |
| 11/12/2020 | 17.44 | 17.44 | 14.5 | 102 |
| 11/13/2020 | 19 | 19 | 17.69 | 2 |
| 11/16/2020 | 16.7 | 16.7 | 16.7 | 1 |
| 11/17/2020 | 8.95 | 9.66 | 8.95 | 10 |
| 11/19/2020 | 5.5 | 9 | 5 | 94 |
| 11/20/2020 | 1.7 | 4.2 | 1.7 | 8 |

RETA US 11/20/2020 C180 Equity

| Date | Px Last | Px High | Px Low | Px Volume |
|---|---|---|---|---|
| 3/23/2020 | 21.49 | 21.49 | 21.49 | 1 |
| 4/8/2020 | 16 | 16 | 16 | 2 |
| 4/9/2020 | 21.2 | 21.2 | 21.2 | 23 |
| 4/20/2020 | 27.55 | 27.55 | 27.55 | 1 |
| 5/18/2020 | 24 | 24 | 24 | 2 |
| 6/2/2020 | 15.3 | 15.3 | 14.77 | 2 |
| 6/8/2020 | 13.65 | 13.65 | 13.65 | 1 |
| 6/16/2020 | 27.6 | 27.6 | 26.9 | 150 |
| 6/22/2020 | 34.7 | 34.7 | 34.7 | 1 |
| 7/14/2020 | 16.29 | 16.29 | 16.06 | 2 |
| 8/10/2020 | 3.2 | 3.2 | 3.2 | 2 |
| 8/26/2020 | 1.75 | 1.75 | 1.75 | 1 |
| 9/4/2020 | 2.7 | 2.7 | 2.7 | 1 |
| 9/15/2020 | 2.73 | 2.73 | 2.73 | 1 |
| 9/30/2020 | 3.4 | 3.47 | 3.4 | 17 |
| 10/23/2020 | 2.59 | 2.59 | 2.59 | 2 |
| 10/30/2020 | 1.9 | 2.05 | 1.9 | 175 |
| 11/3/2020 | 2 | 2 | 0.5 | 8 |
| 11/4/2020 | 1.9 | 1.91 | 1.9 | 2 |
| 11/5/2020 | 2.3 | 2.4 | 1.8 | 6 |
| 11/6/2020 | 3.81 | 4.8 | 3.2 | 7 |
| 11/9/2020 | 5.3 | 5.3 | 4.64 | 2 |
| 11/10/2020 | 11.5 | 11.5 | 7.4 | 4 |
| 11/11/2020 | 6.8 | 8.5 | 6 | 4 |
| 11/12/2020 | 3.3 | 5.1 | 3.3 | 12 |
| 11/13/2020 | 4.5 | 5.7 | 4.5 | 3 |
| 11/16/2020 | 2.33 | 2.33 | 2.33 | 1 |
| 11/17/2020 | 0.8 | 1 | 0.8 | 2 |
| 11/18/2020 | 1 | 1 | 1 | 1 |
| 11/19/2020 | 0.2 | 0.2 | 0.2 | 4 |
| 11/20/2020 | 1.69 | 1.69 | 1.69 | 2 |