UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| TOSHIF PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>REATA PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:20-cv-00796-SDJ<br><br>CLASS ACTION |

**ORDER DENYING COMPETING MOTIONS FOR APPOINTMENT AS LEAD  PLAINTIFF**

4827-1284-6805.v1

- 1 -

Having considered Waterford Township General Employees Retirement System's Response in Opposition to Motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel, and good cause appearing therefor, the Court ORDERS as follows:

1.     The competing motions filed by Luke G. Massar, Russell Francis, Sr., and Jason Childs (ECF Nos. 7, 11, 14) are DENIED;

2.     Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Waterford Township General Employees Retirement System is appointed as Lead Plaintiff; and

3.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel.

IT IS SO ORDERED.

- 1 -

4827-1284-6805.v1