IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TOSHIF PATEL, Individually and On Behalf of All Others Similarly Situated, § § § § | |
| Plaintiff, § § | CIVIL ACTION NO. 4:20-cv-00796-SDJ |
| v. § § § | |
| REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI, § § § § § § | CLASS ACTION |
| Defendants. | |

## SUR-REPLY OF RUSSELL FRANCIS, SR. IN FURTHER SUPPORT OF HIS LEAD PLAINTIFF MOTION

Pursuant to Local Rule CV-7(f), Lead Plaintiff Movant Russell Francis, Sr. ("Mr. Francis") respectfully submits this sur-reply in further support of his lead plaintiff motion (Dkt. No. 7). Mr. Francis submits this sur-reply to address arguments made by Luke G. Massar ("Mr. Massar") for the first time in reply—claiming that he did not engage in short selling. (Dkt. No. 24 at 7). Mr. Massar's assertion is false.

## ARGUMENT

Short selling options or short calls occur when an investor sells call options, planning to buy it back later for less money.[1] "A short call is a bearish trading strategy, reflecting a bet that the security underlying the option will fall in price."[2] As explained in Mr. Francis' opposition (Dkt. No. 18 at 3-4), this investment strategy is atypical of the class of investors in this case—those that bought Reata Pharmaceuticals, Inc. ("Reata") securities with the hope that the price of Reata securities would rise.

---

[1] https://www.investopedia.com/terms/s/short-call.asp

[2] *Id*.

**SUR-REPLY OF RUSSELL FRANCIS, SR. IN FURTHER SUPPORT OF HIS LEAD PLAINTIFF MOTION**– Page 1

Mr. Massar's loss chart (Dkt. No. 10-2) clearly shows Mr. Massar engaging in short sales of Reata call options.  On April 17, 2020, Mr. Massar sold 20 $160 call option contracts expiring May 15, 2020 that he did not previously own.  These were purchased in full on May 6, 2020.  *Id*.

On June 17, 2020, Mr. Massar sold 150 $180 call option contracts expiring July 17, 2020 that he did not previously own.  Of these, he purchased 120 call option contracts on June 23, 2020.  The remaining 30 contracts expired.  *Id*.

On July 20, 2020, Mr. Massar sold 75 $180 call option contracts expiring August 21, 2020 that he did not previously own.  These 75 contracts expired.  *Id*.

On July 20, 2020, Mr. Massar also sold 75 $200 call option contracts expiring September 18, 2020 that he did not previously own.  These 75 contracts expired.  *Id*.

Each of these sales are also noted in an attachment to Mr. Massar's signed certification (Dkt. No. 10-4).  The expiration of the options contracts is not noted in the attachment.

Of his 1,358 options contracts sold, 320 contracts, or over 23%, were short sales.  Stated differently, 23% of Mr. Massar's options sales were designed to profit when the price of Reata's securities fall—unlike the typical Reata investor in this class.  It is disingenuous for Mr. Massar to now claim that he did not engage in short selling.

As explained here and in Mr. Francis' opposition (Dkt. No. 18 at 2-4), Mr. Massar is inadequate and atypical given his material profits in trading Reata common stock, his material short sales, and his extensive options trading.

Dated: January 6, 2021                         Respectfully submitted,

                                               STECKLER WAYNE COCHRAN PLLC

                                               /s/ Stuart L. Cochran
                                               Stuart L. Cochran
                                               Texas Bar No.: 24027936
                                               Braden M. Wayne
                                               Texas Bar No.: 24075247

**SUR-REPLY OF RUSSELL FRANCIS, SR. IN FURTHER SUPPORT OF HIS LEAD PLAINTIFF MOTION**– Page 2

12720 Hillcrest Rd., Suite 1045
Dallas, Texas 75230
T: 972-387-4040
F: 972-387-4041
stuart@swclaw.com
braden@swclaw.com

*[Proposed] Liaison Counsel for*
*Movant and the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (*pro hac vice* application
forthcoming)
275 Madison Avenue, 40th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for*
*Movant and the Class*

## ERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Stuart L. Cochran
Stuart L. Cochran

**SUR-REPLY OF RUSSELL FRANCIS, SR. IN FURTHER SUPPORT OF HIS LEAD PLAINTIFF MOTION**– Page 3