UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TOSHIF PATEL, Individually and On Behalf of All Others Similarly Situated | § § § § | |
| v. | § § | CIVIL NO. 4:20-CV-796-SDJ |
| REATA PHARMACEUTICALS, INC., ET AL. | § § § | |

## **ORDER**

The Court has entered a Memorandum Opinion and Order, (Dkt. #29), appointing Lead Plaintiff and Lead Counsel in the above-captioned action. Now before the Court is the parties' joint stipulation regarding scheduling, (Dkt. #6). The Court, having considered the stipulation, approves the schedule suggested by the parties. It is therefore **ORDERED** that:

1. Defendants are relieved of any obligation to respond to the initial Complaint in the above-captioned action, (Dkt. #1);

2. Within fourteen (14) days of entry of the Court's order appointing a Lead Plaintiff and Lead Counsel in this action, (Dkt. #29), Lead Counsel and counsel for Defendants shall meet and confer and jointly submit a proposed schedule for the filing of an Amended Complaint, Defendants' Answers or motions to dismiss, and all briefing associated therewith.

**So ORDERED and SIGNED this 15th day of July, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE