UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TOSHIF PATEL, Individually and On Behalf of All Others Similarly Situated | § § § |
| v. | §  CIVIL NO. 4:20-CV-796-SDJ § |
| REATA PHARMACEUTICALS, INC., ET AL. | § § § |

## PRELIMINARY SCHEDULING ORDER

The Court, after reviewing the parties' Stipulation Setting Schedule for the Filing of Amended Complaint and Defendants' Response Thereto, (Dkt. #31), enters this order which controls the disposition of this case pending further order of the Court. The following actions shall be completed by the date indicated.[1]

## DEADLINES

| | |
|---|---|
| September 28, 2021 | Deadline for Lead Plaintiff to file its amended complaint. |
| December 8, 2021 | Deadline for Defendants to answer, move, or otherwise respond to Plaintiff's amended complaint. |
| February 7, 2022 | Deadline for Lead Plaintiff to file its opposition brief to any motion to dismiss the amended complaint. |
| March 24, 2022 | Deadline for Defendants to file their reply brief to Plaintiff's brief in opposition to any motion to dismiss the amended complaint. |

**So ORDERED and SIGNED this 10th day of August, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

---

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in Federal Rule of Civil Procedure 6, the effective date is the first federal court business day following the deadline imposed.