IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TOSHIF PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI,<br><br>Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO. 4:20-cv-00796-SDJ<br><br>CLASS ACTION |

**STIPULATION OF VOLUNTARY DISMISSAL**

Lead Plaintiff Russell Francis, Sr. ("Lead Plaintiff") and Defendants Reata Pharmaceuticals, Inc., J. Warren Huff, and Manmeet S. Soni (collectively, "Defendants," and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, a complaint in this action alleging violations of the Federal Securities Laws was filed on October 15, 2020;

WHEREAS, this action was filed as a class action but not certified as such;

WHEREAS, on July 15, 2021, the Court appointed Russell Francis, Sr. as Lead Plaintiff, The Rosen Law Firm, P.A. as Lead Counsel, and Steckler Wayne Cochran Cherry, PLLC[1] as Liaison Counsel in this Action (Dkt. No. 29);

WHEREAS, the deadline for Lead Plaintiff to file an amended complaint is September 28, 2021 (Dkt. No. 32);

---

[1] Formerly Steckler Wayne Cochran, PLLC

WHEREAS, Defendants have neither answered nor moved for summary judgment and no class certification motion has been filed;

WHEREAS, under Federal Rule of Civil Procedure 41(a)(1), Lead Plaintiff is entitled to dismiss this action by filing a "stipulation of dismissal by all parties who have appeared."

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel that this action will be dismissed with prejudice as to Lead Plaintiff and without prejudice as to absent class members, with all Parties to bear their own costs and fees. The Parties further acknowledge that there are no other agreements between the Parties.

Dated: September 27, 2021                               Respectfully submitted,

**STECKLER WAYNE COCHRAN CHERRY, PLLC**

 */s/ Stuart L. Cochran*
Stuart L. Cochran
Texas Bar No.: 24027936
Braden M. Wayne
Texas Bar No.: 24075247
12720 Hillcrest Rd., Suite 1045
Dallas, Texas 75230
T: 972-387-4040
F: 972-387-4041
stuart@swclaw.com
braden@swclaw.com

*Liaison Counsel for*
*Lead Plaintiff and the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, NY 10016
Phone: (212) 686-1060

**STIPULATION OF VOLUNTARY DISMISSAL**
2

Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for*
*Lead Plaintiff and the Class*

**VINSON & ELKINS LLP**

 /s/ Robert Ritchie
John C. Wander
Texas Bar No. 00791877
Robert Ritchie
Texas Bar No. 24079213
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Telephone: (214) 220-7878
Facsimile: (214) 999-7878
jwander@velaw.com
rritchie@velaw.com

**DAVIS POLK & WARDWELL LLP**
Neal A. Potischman (admitted *pro hac vice*)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
neal.potischman@davispolk.com

Craig J. Bergman (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
craig.bergman@davispolk.com

*Attorneys for Defendants Reata Pharmaceuticals,*
*Inc., J. Warren Huff, and Manmeet S. Soni*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of September 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                    */s/ Stuart L. Cochran*
                                                    Stuart L. Cochran